JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Wandy Hilario

**(b)** County of Residence of First Listed Plaintiff: Lehigh County, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Neil E. Durkin, Esq,
Neil Durkin Law Office, LLC
601 Longwood Avenue, Cherry Hill, NJ 08002

**DEFENDANTS**
Lloyde Smith, Rickey Alexander Carriers, LLC and Federal Express Corporation d/b/a FedEx Corporation

County of Residence of First Listed Defendant: St. Francis County, AR
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)* Click here for: Nature of Suit Code Descriptions.

**CONTRACT**: ☐ 110 Insurance; ☐ 120 Marine; ☐ 130 Miller Act; ☐ 140 Negotiable Instrument; ☐ 150 Recovery of Overpayment & Enforcement of Judgment; ☐ 151 Medicare Act; ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans); ☐ 153 Recovery of Overpayment of Veteran's Benefits; ☐ 160 Stockholders' Suits; ☐ 190 Other Contract; ☐ 195 Contract Product Liability; ☐ 196 Franchise

**REAL PROPERTY**: ☐ 210 Land Condemnation; ☐ 220 Foreclosure; ☐ 230 Rent Lease & Ejectment; ☐ 240 Torts to Land; ☐ 245 Tort Product Liability; ☐ 290 All Other Real Property

**TORTS**
PERSONAL INJURY: ☐ 310 Airplane; ☐ 315 Airplane Product Liability; ☐ 320 Assault, Libel & Slander; ☐ 330 Federal Employers' Liability; ☐ 340 Marine; ☐ 345 Marine Product Liability; ☒ 350 Motor Vehicle; ☐ 355 Motor Vehicle Product Liability; ☐ 360 Other Personal Injury; ☐ 362 Personal Injury - Medical Malpractice
PERSONAL INJURY: ☐ 365 Personal Injury - Product Liability; ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability; ☐ 368 Asbestos Personal Injury Product Liability
PERSONAL PROPERTY: ☐ 370 Other Fraud; ☐ 371 Truth in Lending; ☐ 380 Other Personal Property Damage; ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**: ☐ 440 Other Civil Rights; ☐ 441 Voting; ☐ 442 Employment; ☐ 443 Housing/ Accommodations; ☐ 445 Amer. w/Disabilities - Employment; ☐ 446 Amer. w/Disabilities - Other; ☐ 448 Education

**PRISONER PETITIONS**: Habeas Corpus: ☐ 463 Alien Detainee; ☐ 510 Motions to Vacate Sentence; ☐ 530 General; ☐ 535 Death Penalty; Other: ☐ 540 Mandamus & Other; ☐ 550 Civil Rights; ☐ 555 Prison Condition; ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**: ☐ 625 Drug Related Seizure of Property 21 USC 881; ☐ 690 Other

**LABOR**: ☐ 710 Fair Labor Standards Act; ☐ 720 Labor/Management Relations; ☐ 740 Railway Labor Act; ☐ 751 Family and Medical Leave Act; ☐ 790 Other Labor Litigation; ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**: ☐ 462 Naturalization Application; ☐ 465 Other Immigration Actions

**BANKRUPTCY**: ☐ 422 Appeal 28 USC 158; ☐ 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**: ☐ 820 Copyrights; ☐ 830 Patent; ☐ 835 Patent - Abbreviated New Drug Application; ☐ 840 Trademark; ☐ 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**: ☐ 861 HIA (1395ff); ☐ 862 Black Lung (923); ☐ 863 DIWC/DIWW (405(g)); ☐ 864 SSID Title XVI; ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**: ☐ 870 Taxes (U.S. Plaintiff or Defendant); ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**: ☐ 375 False Claims Act; ☐ 376 Qui Tam (31 USC 3729(a)); ☐ 400 State Reapportionment; ☐ 410 Antitrust; ☐ 430 Banks and Banking; ☐ 450 Commerce; ☐ 460 Deportation; ☐ 470 Racketeer Influenced and Corrupt Organizations; ☐ 480 Consumer Credit (15 USC 1681 or 1692); ☐ 485 Telephone Consumer Protection Act; ☐ 490 Cable/Sat TV; ☐ 850 Securities/Commodities/ Exchange; ☐ 890 Other Statutory Actions; ☐ 891 Agricultural Acts; ☐ 893 Environmental Matters; ☐ 895 Freedom of Information Act; ☐ 896 Arbitration; ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision; ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** *(Place an "X" in One Box Only)*
☒ 1 Original Proceeding; ☐ 2 Removed from State Court; ☐ 3 Remanded from Appellate Court; ☐ 4 Reinstated or Reopened; ☐ 5 Transferred from Another District *(specify)*; ☐ 6 Multidistrict Litigation - Transfer; ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*: 28 USCA 1332 Diversity
Brief description of cause: Motor Vehicle Crash

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 125,000.00
CHECK YES only if demanded in complaint: **JURY DEMAND:** ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** *(See instructions)*: JUDGE ____ DOCKET NUMBER ____

DATE: October 1, 2026
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

10/2024

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DESIGNATION FORM

Place of Accident, Incident, or Transaction: Upper Macungie Township, PA

***RELATED CASE IF ANY:*** Case Number:__________ Judge:__________

1. Does this case involve property included in an earlier numbered suit? Yes ☐
2. Does this case involve a transaction or occurrence which was the subject of an earlier numbered suit? Yes ☐
3. Does this case involve the validity or infringement of a patent which was the subject of an earlier numbered suit? Yes ☐
4. Is this case a second or successive habeas corpus petition, social security appeal, or pro se case filed by the same individual? Yes ☐
5. Is this case related to an earlier numbered suit even though none of the above categories apply? If yes, attach an explanation. Yes ☐

I certify that, to the best of my knowledge and belief, the within case ☐ **is** / ☑ **is not** related to any pending or previously terminated action in this court.

**Civil Litigation Categories**

*A.* ***Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts)
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Wage and Hour Class Action/Collective Action
☐ 6. Patent
☐ 7. Copyright/Trademark
☐ 8. Employment
☐ 9. Labor-Management Relations
☐ 10. Civil Rights
☐ 11. Habeas Corpus
☐ 12. Securities Cases
☐ 13. Social Security Review Cases
☐ 14. Qui Tam Cases
☐ 15. Cases Seeking Systemic Relief ***see certification below***
☐ 16. All Other Federal Question Cases. *(Please specify)*:__________

**B.** ***Diversity Jurisdiction Cases:***

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☑ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury (*Please specify*):__________
☐ 7. Products Liability
☐ 8. All Other Diversity Cases: *(Please specify)*__________

I certify that, to the best of my knowledge and belief, that the remedy sought in this case ☐ **does** / ☑ **does not** have implications beyond the parties before the court and ☐ **does** / ☑ **does not** seek to bar or mandate statewide or nationwide enforcement of a state or federal law including a rule, regulation, policy, or order of the executive branch or a state or federal agency, whether by declaratory judgment and/or any form of injunctive relief.

**ARBITRATION CERTIFICATION (CHECK ONLY ONE BOX BELOW)**

I certify that, to the best of my knowledge and belief:

☐ Pursuant to Local Civil Rule 53.2(3), this case is not eligible for arbitration either because (1) it seeks relief other than money damages; (2) the money damages sought are in excess of $150,000 exclusive of interest and costs; (3) it is a social security case, includes a prisoner as a party, or alleges a violation of a right secured by the U.S. Constitution, or (4) jurisdiction is based in whole or in part on 28 U.S.C. § 1343.

☑ None of the restrictions in Local Civil Rule 53.2 apply and this case is eligible for arbitration.

NOTE: A trial de novo will be by jury only if there has been compliance with F.R.C.P. 38.

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WANDY HILARIO**<br>**232 Madison Street**<br>**Allentown, PA 18102** | : | |
| | : | **NO:** |
| **v.** | : | |
| **LLOYDE SMITH**<br>**533 Water Street**<br>**Forrest City, AR 72335** | : | |
| **and** | : | |
| **RICKEY ALEXANDER CARRIERS, LLC**<br>**906 Williamsburg Terrace**<br>**Forrest City, AR 72335** | : | |
| **And** | : | |
| **FEDERAL EXPRESS CORPORATION**<br>**d/b/a FEDEX CORPORATION GROUND**<br>**942 South Shady Grove Road**<br>**Memphis, TN 38120** | : | |

**COMPLAINT**

1. Plaintiff Wandy Hilario is an adult individual residing at 232 Madison Street, Allentown, PA 18102.

2. Defendant Lloyde Smith is an adult individual residing at 533 Water Street, Forrest City, AR 72335.

3. Defendant Rickey Alexander Carriers, LLC (hereinafter "Rickey Alexander") is a corporate entity with its business address at 906 Williamsburg Terrace, Forrest City, AR 72335.

4. Defendant Federal Express Corporation d/b/a FedEx Corporation Ground

(hereinafter FedEx) is a corporate entity with is headquarters at 942 South Shady Grove Road, Memphis, TN 38120

**JURISDICTION AND VENUE**

5. This court has jurisdiction of this action pursuant to 28 U.S.C.A. §1332 in that the Plaintiff and Defendants are citizens of diverse states. Plaintiff is a citizen of Pennsylvania. Defendant Smith is a citizen of Arkansas. Defendant Rickey Alexander is an Arkansas corporate entity. Defendant FedEx is a Delaware corporate entity.

6. The amount in controversy exceeds Seventy-Five Thousand Dollars but does not exceed One Hundred Fifty Thousand Dollars ($150,000.00), exclusive of interest and costs.

7. Venue is proper under 28 U.S.C.A. §1391 in that the events or omissions giving rise to this claim occurred in Upper Macungie Township, Lehigh County, Pennsylvania.

**JURY DEMAND**

8. Plaintiff demands Trial by Jury on all issues.

**COUNT ONE**
**HILARIO v. SMITH; RICKEY ALEXANDER and FEDEX**

9. On October 24, 2024, Plaintiff Wandy Hilario was the operator of a motor vehicle which was stopped on Grim Road waiting to turn onto Route 222 in Upper Macungie Township, Pa.

10. At the same time, Defendant Smith was driving a large truck on Grim Road also intending to turn left.

11. Plaintiff was at a complete stop when Defendant crashed into the rear of Plaintiff's vehicle.

12. The crash caused serious injury to Plaintiff.

13. At all relevant times, Defendant Smith was the employee, agent or servant of

Defendants Rickey Alexander and FedEx. Defendants Rickey Alexander and FedEx are liable for any negligence on behalf of Defendant Smith.

14. The negligence and carelessness of Defendant Smith consisted of the following acts or omissions to act:

a. striking a vehicle from behind;

b. failing to keep a proper lookout;

c. driving in a careless and dangerous manner;

d. being an inattentive driver;

e. failing to properly observe other traffic on the roadway;

f. driving too fast for conditions.

15. The negligence and carelessness of Defendants as set forth above, was the factual and proximate cause of the injuries sustained by the Plaintiff and such injuries were due, in no way, to any act or failure to act on part of the Plaintiff.

16. As a direct and proximate result of the negligence of the Defendants, Plaintiff suffered severe and serious injuries, including but not limited to: injuries to his spine including multiple bulging and protruding discs, S1 radiculopathy, C7 radiculopathy, cervical sprain-whiplash, thoracic sprain, lumbar sprain, sacroiliac sprain, left ankle sprain, tension headache and other injuries, all of which are permanent in nature and all to his great detriment and loss, financial and otherwise.

17. As a further direct and proximate result of the negligence of the Defendants, Plaintiff has in the past and may, into the indefinite future, endure pain, suffering, loss of life's pleasures, inconvenience, mental anguish, emotional distress, scarring, embarrassment and humiliation, all to his great detriment and loss, financial and otherwise.

18. As a further direct and proximate result of the negligence of Defendants, Plaintiff has been, and will into the indefinite future, be prevented from engaging in his normal and customary duties and activities, all to his great detriment and loss.

19. As a further direct and proximate result of the negligence of the Defendants, Plaintiff has in the past, and may into the indefinite future, incur expenses for doctor, hospital, and nursing care along with medicines and other medical care, all to their detriment and loss, financial and otherwise.

20. As a further direct and proximate result of the negligence of the Defendants, Plaintiff has suffered a loss of earnings and earnings capacity.

**WHEREFORE**, Plaintiff Wandy Hilario demands judgment against Defendants Lloyde Smith, Rickey Alexander Carriers, LLC, and FedEx for damages in an amount more than $75,000 but not in excess of the federal arbitration limits together with such other relief as the law may allow.

NEIL DURKIN LAW OFFICE, LLC

By: *Neil Durkin*

Neil E. Durkin, Esquire
Neil Durkin Law Office, LLC
601 Longwood Avenue
Cherry Hill, NJ 08002
(856) 330-6284
Fax (856) 662-5682
ndurkin@ndurkinlaw.com

Dated: October 1, 2026